JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOMBA RECORDING LLC., et al., | NO. CV 07-07762 SJO (AGRx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| FELICIA WARREN, | |
| Defendant. | |

This matter came before the Court on Plaintiffs Plaintiffs Zomba Recording LLC, Arista Records LLC, Elektra Entertainment Group Inc., Sony BMG Music Entertainment, Capitol Records LLC, BMG Music, and Warner Bros. Records Inc.'s (Collectively "Plaintiffs") Motion for Entry of Default Judgment by the Court. After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiffs' Motion against Defendant Felicia Warren ("Defendant").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Plaintiffs on their copyright infringement claim.
2. That Plaintiffs are awarded $6750 in statutory damages.
3. That Plaintiffs are awarded $490 in costs.

1  4.   That Defendant shall be and hereby is enjoined from directly or indirectly
2       infringing Plaintiffs' rights under federal or state law in the Copyrighted
3       Recordings and any sound recording, whether now in existence or later
4       created, that is owned or controlled by Plaintiffs (or any parent, subsidiary,
5       or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without
6       limitation by using the Internet or any online media distribution system to
7       reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,
8       upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings
9       available for distribution to the public, except pursuant to a lawful license or
10      with the express authority of Plaintiffs. Defendant also shall destroy all copies
11      of Plaintiffs' Recordings that Defendant has downloaded onto any computer
12      hard drive or server without Plaintiffs' authorization and shall destroy all
13      copies of those downloaded recordings transferred onto any physical medium
14      or device in Defendant's possession, custody, or control.
15      IT IS SO ADJUDGED.
16 Dated this 23rd day of October, 2008.        /S/ S. James Otero

                                         _____
                                              S. JAMES OTERO
                                         UNITED STATES DISTRICT JUDGE